UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, a Delaware Limited Liability Company, DUNKIN' DONUTS FRANCHISING LLC, a Delaware Limited Liability Company, DD IP HOLDER LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISING LLC, a Delaware Limited Liability Company, BR IP HOLDER LLC, a Delaware Limited Liability Company, DB REAL ESTATE ASSETS I LLC, a Delaware Limited Liability Company, and DB REAL ESTATE ASSETS II LLC, a Delaware Limited Liability Company, | MISC 08S 80<br>C.A. No. 08- |
| Plaintiffs, | |
| v. | |
| INTERNAL MATTERS, INC., a Rhode Island Corporation, | |
| Defendant. | |

**PLAINTIFFS' MOTION TO ENFORCE INTERNAL MATTERS, INC.'S COMPLIANCE WITH SUBPOENA**

Pursuant to the Local Rules and the Federal Rules of Civil Procedure, Plaintiffs[1] hereby move for entry of an order enforcing its subpoena issued to Internal Matters, Inc. forthwith and ordering Internal Matters to pay Plaintiffs' attorneys' fees and costs incurred in the filing of this motion. As grounds for this motion, Plaintiffs submit the accompanying memorandum of law and exhibits thereto.

[1] "Plaintiffs" refers to Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC, Baskin-Robbins Franchising LLC, BR IP Holder LLC, DB Real Estate Assets I LLC, and DB Real Estate Assets II LLC.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion, order Internal Matters, Inc. to produce all responsive documents to Plaintiffs' subpoena forthwith, and to pay Plaintiffs' attorneys fees and costs incurred in the filing of this motion.

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DUNKIN' DONUTS FRANCHISING LLC, DD IP HOLDER LLC, BASKIN-ROBBINS FRANCHISED SHOPS LLC, BASKIN-ROBBINS FRANCHISING LLC, BR IP HOLDER LLC, DB REAL ESTATE ASSETS I LLC, and DB REAL ESTATE ASSETS II LLC

By its Attorneys,

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
mfreel@eapdlaw.com
rripple@eapdlaw.com

*Of Counsel:*

Robert L. Zisk
Jeffrey L. Karlin
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, DC 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Robert A. Murphy (Bar No. 363700)
Donna Brewer Mackenna (Bar No. 545254)
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02210
Telephone: (617) 426-5900
Facsimile: (617) 426-8810

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2008, the foregoing document was served via first class mail upon the following:

Christopher E. Caouette
Internal Matters, Inc.
1237 East Main Road
Portsmouth, Rhode Island 02871

Max D. Stern
STERN SHAPIRO WEISSBERG &
GARIN, LLP
90 Canal Street, Suite 500
Boston, MA 02114
Tel. (617) 742-5800
Fax: (617) 742-5858

Howard M. Cooper
Edward Foye
Carla A. Salvucci
Erica Fuller
TODD & WELD LLP
28 State Street
Boston, MA 02109
Tel: (617) 720-2626
Fax: (617) 227-5777

[signature]