UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>AGAWAM DONUTS, INC., *et al.*,<br><br>Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>DUNKIN' BRANDS, INC., *et al.*,<br><br>Third-Party Defendants. | No. 1:07-cv-11444-RWZ |

**CERTIFICATION OF DANIELA C. ROJAS, PARALEGAL, IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE INTERNAL MATTERS, INC.'S COMPLIANCE WITH SUBPOENA**

1. My name is Daniela C. Rojas. I am a citizen and resident of the District of Columbia, and I make this Certification based on personal knowledge and in support of Plaintiffs' Motion to Enforce Internal Matters, Inc.'s Compliance with Subpoena.

2. I am a Paralegal at the law firm Gray, Plant, Mooty, Mooty & Bennett, P.A. ("Gray Plant Mooty") located at 2600 Virginia Avenue, N.W. – Suite 1111, Washington, D.C. 20037. Gray Plant Mooty is counsel for Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC, Baskin-Robbins Franchising LLC, BR IP Holder LLC, DB Real Estate Assets I LLC and DB

Real Estate Assets II LLC and Third-Party Defendant Dunkin Brands, Inc.

3. On May 7, 2008, I received a phone call from someone identifying himself as "Chris" from Internal Matters in reference to a subpoena issued by Stephen J. Vaughan, Esq. dated May 1, 2008, requesting the production of certain documents.

4. Chris informed me that while Internal Matters was working to comply with the subpoena, there were certain issues relating to the production of electronically stored documents. I reviewed "Attachment A" to the subpoena with him, and we came to an agreement on the documents that Internal Matters could produce immediately – i.e. payroll records for Salema Network employees. The remaining electronically stored documents that spanned several years, including but not limited to daily cash reports, would be produced within the next few days in an electronic format.

5. After several days passed without hearing from anyone at Internal Matters or receiving any documents from the company, on or about May 15, 2008, I followed up with a telephone call to Chris but reached his voice mailbox. I left a message for him regarding the document production and asked him to return my phone call. I did not receive a return call from Chris nor anyone else from Internal Matters.

6. To date, Gray Plant Mooty has yet to receive any correspondence or documents from Internal Matters in response to the subpoena issued May 1, 2008.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2008.

Daniela C. Rojas