GRAY PLANT MOOTY

2600 VIRGINIA AVENUE, N.W.
SUITE 1111 – THE WATERGATE
WASHINGTON, DC 20037-1931
MAIN: 202.295.2200
FAX: 202.295.2250

JEFFREY L. KARLIN
DIRECT DIAL: 202.295-2207
DIRECT FAX: 202.295.2257
JEFFREY.KARLIN@GPMLAW.COM

May 21, 2008

**VIA FEDERAL EXPRESS**

Internal Matters, Inc.
c/o Christopher E. Caouette
1237 East Main Road
Portsmouth, Rhode Island 02871

Re: *Dunkin' Donuts Franchised Restaurants LLC et al. v. Agawam Donuts, Inc. et al,* Civil Action Number 1:07-cv-11444-RWZ

Dear Mr. Caouette:

As you are aware, Internal Matter was served with a subpoena on May 1, 2008 requiring it to provide documents to the Plaintiffs regarding the above-referenced matter. A copy of that subpoena is attached to this letter for your reference. The deadline for Internal Matters to have produced documents pursuant to the subpoena was May 16, 2008. The only contact we have received from Internal Matters with respect to the subpoena was a telephone call to one of our paralegals earlier this month regarding the format of the document production. Since that time, we have tried to contact Internal Matters on several occasions and left messages, but without any response. The deadline for production has passed and we have, as of yet, not received any documents from Internal Matters.

Please forward all documents responsive to the subpoena to my attention without further delay. If we have not received the documents by the close of business on May 29, 2008, we will seek an order from the court requiring your compliance with the subpoena.

Feel free to contact me if you have any questions or you wish to discuss this matter.

Sincerely,

Jeffrey L. Karlin

Enclosure

cc: Howard Cooper (via e-mail)
Max D. Stern (via e-mail)
Carla Salvucci (via e-mail)