UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, a Delaware Limited Liability Company, DUNKIN' DONUTS FRANCHISING LLC, a Delaware Limited Liability Company, DD IP HOLDER LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISING LLC, a Delaware Limited Liability Company, BR IP HOLDER LLC, a Delaware Limited Liability Company, DB REAL ESTATE ASSETS I LLC, a Delaware Limited Liability Company, and DB REAL ESTATE ASSETS II LLC, a Delaware Limited Liability Company, | ) | Misc. No. 08-80 |
| Plaintiffs, | ) | |
| v. | ) | |
| INTERNAL MATTERS, INC., a Rhode Island Corporation, | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby move that Jeffrey L. Karlin be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Jeffrey Karlin

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 16, 2008.

/s/ Raymond M. Ripple
Raymond M. Ripple